UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAMAR MAURICE WILLIAMSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4469** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION: "B"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

New Orleans, Louisiana, this 21st day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE